UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-05944 SC**      **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

**C 08-02980 JL**      **Studio Spectrum, Inc. V. Chunghwa Picture Tubes, LTD. Et al**

      **I find that the above case is related to the case assigned to me.   SC**

**ORDER**

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:   6/23/08

Judge Samuel Conti

## CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:  6/23/08**                                                                 **By:   T. De Martini**
                                                                                           **Deputy Clerk**

Copies to:   Courtroom Deputies
                Case Systems Administrators
                Counsel of Record
Entered into Assignment Program: _____(date)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | MDL No. 1917 |
| | Case No. 07-5944 SC<br>08-2980 JL |
| CRAGO, Inc., | |
| Plaintiff, | ORDER CONSOLIDATING CASES |
| v. | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |

The Court hereby finds civil case <u>Studio Spectrum, Inc. v. Chunghwa Picture Tubes, LTD. et al.</u>, Case No. 08-2980, suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings. This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

These consolidated cases will henceforth be referred to as "IN RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1917. All documents are to be filed under case number 07-5944-SC and all future filings are to bear the initials "SC" immediately after the case number.

1     The parties are directed to comply with Pretrial Order No. 1
2  issued in <u>In Re Cathode Ray Tube (CRT) Antitrust Litigation</u>, 07-
3  5944, MDL No. 1917, Docket No. 230., for all future filings.

6     IT IS SO ORDERED.

8     Dated: June 24, 2008          

10                                  UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation _____ CRAGO, Inc.,         Plaintiff,     v. CHUNGHWA PICTURE TUBES, LTD., et al.,         Defendants. _____ | MDL No.  1917 Case No. 07-5944 SC         08-2980 JL ORDER CONSOLIDATING CASES |

The Court hereby finds civil case <u>Studio Spectrum, Inc. v. Chunghwa Picture Tubes, LTD. et al.</u>, Case No. 08-2980, suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings.  This consolidation is warranted by common questions of law and fact that pervade these individual matters.  Consolidation will facilitate discovery and conserve judicial resources.

These consolidated cases will henceforth be referred to as "IN RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1917.  All documents are to be filed under case number 07-5944-SC and all future filings are to bear the initials "SC" immediately after the case number.

1    The parties are directed to comply with Pretrial Order No. 1
2 issued in <u>In Re Cathode Ray Tube (CRT) Antitrust Litigation</u>, 07-
3 5944, MDL No. 1917, Docket No. 230., for all future filings.

6    IT IS SO ORDERED.

8    Dated: June 24, 2008



10                                        UNITED STATES DISTRICT JUDGE

2