IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., <br>     Plaintiff(s), <br> v. <br> CHUNGHWA PICTURE TUBES, LTD. et al., <br>     Defendant(s). | MDL NO. 1917 <br><br> No. C-08-2980-SC <br><br> Clerk's Notice |

YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** on **July 11, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:   June 24, 2008                     FOR THE COURT,

                                           Richard W. Wieking, Clerk

                                           By: T. De Martini
                                               Courtroom Deputy Clerk