UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | MDL No. 1917 |
| | Case No. 07-5944 SC |
| CRAGO, Inc., | ORDER CONTINUING HEARING DATE |
| Plaintiff, | |
| v. | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |

Pursuant to a request by the Special Master, the Court hereby continues the hearing date for the Government's Motion to Stay, Docket No. 323, currently scheduled for Friday, September 5, 2008. The hearing is continued until Friday, September 19, 2008, at 10:00 a.m. in Courtroom # 1 on the 17th floor.  This change does not extend the briefing schedule.

///

///

///

The continuation on the hearing for the Government's Motion does not affect the hearing on the Indirect Plaintiff's Motion to Authorize Service on Certain Foreign Defendants. Docket No. 344. This hearing will still be held on September 5, 2008, at 10:00 a.m., as previously scheduled.

IT IS SO ORDERED.

Dated: August 15, 2008    

UNITED STATES DISTRICT JUDGE

2